# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **JERMAINE MCCLARY** | : | **NO. 15-93** |

## ORDER

**NOW**, this 1st day of September, 2022, upon consideration of the defendant's *Pro Se* Motion for Compassionate Release (ECF No. 56) and Supplemental *Pro Se* Motion for Compassionate Release (ECF No. 58), the government's response, and the defendant's replies, it is **ORDERED** that the motions are **DENIED.**

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.